MARC V. KALAGIAN
Attorney at Law
        211 East Ocean Boulevard, Suite 420
        Long Beach, California 90802
        Marc.kalagian@rksslaw.com

Attorney for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, CA 94105
        Phone:  415-977-8954
        Fax:  415-744-0134
        april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANYL W. BARBOUR,<br><br>                Plaintiff<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | Case No:  3:15-cv-00380-HDM-WGC<br><br>**JOINT STIPULATION FOR EXTENSION**<br>**OF TIME TO FILE DEFENDANT'S**<br>**CROSS-MOTION TO AFFIRM** |

        Plaintiff  Danyl  W.  Barbour  (Plaintiff)  and  Defendant  Carolyn  W.  Colvin,  Acting

Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court,

to an extension of time to file the Commissioner's Cross-Motion To Affirm by thirty-one days

from January 22, 2016 to February 22, 2016.  This is the Commissioner's first request for an

extension.

-1-

1    There is good cause because Commissioner's counsel was assigned a new employment

2  case this week, which requires imminent attention.  Further, counsel has three other briefs due

3  this week, an upcoming 9th Circuit oral argument, and a brief in a different 9th Circuit case due

4  to be filed in less than three weeks.  The Commissioner needs additional time to respond to the

5  issues Plaintiff raised in his Motion For Reversal And/Or Remand.  Plaintiff has no objection.

6

7                                             Respectfully submitted,

8
   Date:   January 22, 2016

9                              By:     /s/* Marc V. Kalagian_____
                                       MARC V. KALAGIAN
10                                     Attorney at Law
                                       *by email authorization on 1/21/16
11
                                       Attorney for Plaintiff
12

13
   Date:   January 22, 2016             DANIEL G. BOGDEN
14                                      United States Attorney
                                        HOLLY A. VANCE
15                                      Assistant United States Attorney

16                             By:     /s/ April A. Alongi____
                                       APRIL A. ALONGI
17                                     Special Assistant United States Attorney

18                                     Attorneys for Defendant

19

20

21                                     IT IS SO ORDERED.

22

23

24  DATED:   January 22, 2016.

25                                     _____
                                       WILLIAM G. COBB
26                                     UNITED STATES MAGISTRATE JUDGE