# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| DANYL W. BARBOUR,<br><br>   Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | 3:15-cv-00380-HDM-WGC<br><br>ORDER |

   The court has considered the report and recommendation of the United States Magistrate Judge (ECF No. 20) filed on July 29, 2016, in which the Magistrate Judge recommends that this court enter an order granting plaintiff's motion for remand (ECF No. 11), denying defendant's cross-motion to affirm (ECF No. 18), and remanding the matter to the Administrative Law Judge for additional testimony from plaintiff concerning how he performed the electronics technician position at step four, and from the vocational expert as to plaintiff's ability to perform past relevant work and/or plaintiff's ability to perform the electronics inspector position identified at step five.

   On August 11, 2016, the defendant filed an objection to the report and recommendation. (ECF No. 21). On August 23, 2016, the

1

1 plaintiff filed a response to the defendant's objection. (ECF No. 22).

2 The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Accordingly, the court hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (ECF No. 20). Therefore, plaintiff's motion for remand (ECF No. 11) is granted, defendant's cross-motion to affirm (ECF No. 18) is denied, and this action is remanded to the Administrative Law Judge for further proceedings consistent with this order. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 20th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

2