# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Danyl W. Barbour, | Case No. 3:15-cv-380-HDM-WGC |
|---|---|
| Plaintiff | |
| v. | **Order Accepting and Adopting the Report and Recommendation (ECF 31)** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant | |

On October 2, 2018, Judge Cobb issued a Report and Recommendation. He recommended that this Court grant Barbour's motion for attorney's fees (ECF 29), award $15,000 in attorney's fees under 42 U.S.C. § 406(b), and order Barbour's counsel to reimburse Barbour $2,950 under the Equal Access to Justice Act. The time to object to the Report and Recommendation has expired. The parties have filed no objections.

This Court accepts and adopts the Report and Recommendation. Local Rule IB 3-2(b). Thus, Barbour's motion for attorney's fees is granted, $15,000 in attorney's fees is awarded, and Barbour's counsel must reimburse Barbour $2,950.

IT IS SO ORDERED.

Dated: October 17, 2018

_____
Howard D. McKibben
Senior U.S. District Judge